Stephen M. Doniger (SBN 179314)    JS-6
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Regina Y. Yeh (SBN 166019)
regina@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARIBBEAN BLUES, INC. d/b/a EKB TEXTILES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>URBAN OUTFITTERS, INC., et al.,<br><br>Defendants. | Case No. CV 11-1700 SVW (VBKx)<br>*Honorable Stephen V. Wilson Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS ACTION** |

   Having reviewed the stipulation of the parties to dismiss the action and finding good cause thereon,

   IT IS HEREBY ORDERED that:

   1. This Action is dismissed in its entirety with prejudice;
   2. Each party is to bear its own costs and fees against one another in this matter; and

- 2 -

3. The Court shall retain jurisdiction to enforce the terms of the settlement between the parties if necessary.

Dated: October 14, 2011      _____

                                                Stephen V. Wilson

                                                U.S. District Judge